1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Roman SURGUTCHIK and
Lyudmila SURGUTCHIK
     Plaintiff(s),

   v.

       Defendant(s).

No. C 07 04407

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _9/5/07_

Signature [Christina H. Lee]

Counsel for Roman Surgutchik and Lyudmila
(Plaintiff, Defendant or indicate "pro se") Surgutchik