SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROMAN SURGUTCHIK and LYUDMILA SURGUTCHIK, | No. C 07-4407 HRL |
| Plaintiffs, | |
| v. | ANSWER |
| MICHAEL CHERTOFF, Secretary; EMILIO T. GONZALEZ, Director, USCIS; GERARD HEINAUER, NSC Director, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigations, | |
| Defendants. | |

The Defendants hereby submit their answer to Plaintiffs' Complaint for Writ in the Nature of Mandamus.

1. Defendants admit the allegations in Paragraph One with the exception that they have improperly withheld action on Plaintiffs' applications to their detriment.

**PARTIES**

2. Defendants admit the allegations in Paragraph Two, although USCIS records indicate that Plaintiff Roman Surgutchik was born in Ukraine.

3. Defendants admit the allegations in Paragraph Three, although USCIS records indicate that Plaintiff Lyudmila Surgutchik was born in Russia, and her I-485 was filed on June 17, 2004.

ANSWER
C07-4407 HRL                                    1

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five.

6. Defendants admit the allegations in Paragraph Six.

7. Defendants admit that Robert S. Mueller is the director of the Federal Bureau of Investigation; however, Defendants deny the remaining allegations in Paragraph Seven.

## JURISDICTION

8. Paragraph Eight consists of Plaintiffs' allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Eight.

## INTRADISTRICT ASSIGNMENT

9. Defendants admit the allegations in Paragraph Nine.

## VENUE

10. Paragraph Ten consists of Plaintiffs' allegations regarding venue, to which no responsive pleading is required. Defendants aver that unless specifically provided by law, aliens have no residence in the United States for venue purposes.

## EXHAUSTION OF REMEDIES

11. Defendants deny the allegations in Paragraph Ten.

## CAUSE OF ACTION

12. Defendants deny the allegations in Paragraph Twelve.

13. Defendants admit deny the allegations in Paragraph Thirteen.

14. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fourteen, and on that basis, deny them.

15. Defendants admit the allegations in Paragraph Fifteen.

16. Defendants are without sufficient information to admit or deny the allegations in Paragraph Sixteen, and on that basis, deny them.

17. Defendants are without sufficient information to admit or deny the allegations in Paragraph Seventeen, and on that basis, deny them.

18. Defendants are without sufficient information to admit or deny the allegations in Paragraph

1 Eighteen, and on that basis, deny them.

2   19.  Defendants are without sufficient information to admit or deny the allegations in Paragraph
3 Nineteen, and on that basis, deny them.

4   20.  Defendants are without sufficient information to admit or deny the allegations in Paragraph
5 Twenty, and on that basis, deny them.

6   21.   Defendants are without sufficient information to admit or deny the allegations in Paragraph
7 Twenty-One, and on that basis, deny them.

8   22.  Defendants admit the allegations in Paragraph Twenty-Two.

9   23.  Defendants are without sufficient information to admit or deny the allegations in Paragraph
10 Twenty-Three, and on that basis, deny them.

11   24.  Defendants are without sufficient information to admit or deny the allegations in Paragraph
12 Twenty-Four, and on that basis, deny them.

13   25.  Defendants admit the allegations in Paragraph Twenty-Five.

14   26.  Defendants are without sufficient information to admit or deny the allegations in Paragraph
15 Twenty-Six, and on that basis, deny them.

16   27.  Defendants admit the allegations in Paragraph Twenty-Seven.

17   28.  Defendants admit the allegations in Paragraph Twenty-Eight.

18   29.  Defendants admit the allegations in Paragraph Twenty-Nine.

19   30.  Defendants deny the allegations in Paragraph Thirty.

20   31.  Defendants deny the allegations in Paragraph Thirty-One.

21   32.  Defendants are without sufficient information to admit or deny the allegations in Paragraph
22 Thirty-Two, and on that basis, deny them.

23   33.  Defendants deny the allegations in Paragraph Thirty-Three.

24   34.  Defendants are without sufficient information to admit or deny the allegations in Paragraph
25 Thirty-Four, and on that basis, deny them.

26   (a).  Defendants admit that employment authorization is valid in one year increments.  Defendants
27 deny the remaining allegations in this paragraph.

28   (b).  Defendants are without sufficient information to admit or deny the allegations in Paragraph

ANSWER
C07-4407 HRL                                              3

1  Thirty-Four subsection b, and on that basis, deny them.

2  (c).  Defendants are without sufficient information to admit or deny the allegations in Paragraph
3  Thirty-Four subsection c, and on that basis, deny them.

4  35.  Defendants are without sufficient information to admit or deny the allegations in Paragraph
5  Thirty-Five, and on that basis, deny them.

## PRAYER FOR RELIEF

7  36.  Paragraph Thirty-Six consists of Plaintiffs' prayer for relief, to which no admission or denial
8  is required; to the extent a responsive pleading is deemed to be required, Defendants deny these
9  paragraphs.

## AFFIRMATIVE AND/OR OTHER DEFENSES

11  All allegations not here before specifically admitted, denied, or modified are hereby denied. For
12  further and separate answer, Defendants allege as follows:

### FIRST DEFENSE

14  The Court lacks jurisdiction over the subject matter of this action

### SECOND DEFENSE

16  The Complaint fails to state a claim against the Defendants upon which relief can be granted.

### THIRD DEFENSE

18  No acts or omissions by the United States or its employees were the proximate cause of any injury
19  or damages to the Plaintiffs.

### FOURTH DEFENSE

21  At all times alleged in the complaint, Defendants were acting with good faith, with justification,
22  and pursuant to authority.

### FIFTH DEFENSE

24  The Defendants are processing the applications referred to in the Complaint to the extent possible
25  at this time.  Accordingly, no relief as prayed for is warranted.

26  ///
27  ///
28  ///

1  WHEREFORE, Defendants pray for relief as follows:

2  That judgment be entered for Defendants and against Plaintiffs, dismissing Plaintiffs' Complaint
3  with prejudice; that Plaintiffs take nothing; and that the Court grant such further relief as it deems just
4  and proper under the circumstances.

5  Dated: November 2, 2007                              Respectfully submitted,

6                                                       SCOTT N. SCHOOLS
                                                        United States Attorney
7

8                                                       _____
                                                        MELANIE L. PROCTOR
9                                                       Assistant United States Attorney
                                                        Attorneys for Defendants
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28