SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROMAN SURGUTCHIK and LYUDMILA SURGUTCHIK, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary; EMILIO T. GONZALEZ, Director, USCIS; GERARD HEINAUER, NSC Director, Department of Homeland Security; ROBERT S. MUELLER, Director, Federal Bureau of Investigations, <br><br> Defendants. | No. C 07-4407 HRL <br><br><br><br> CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 2, 2007                     Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                                /S/
                                            MELANIE L. PROCTOR
                                            Assistant United States Attorney

CONSENT TO MAGISTRATE
C 07-4407 HRL                               1