*E-filed 11/14/07*

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

   ROMAN SURGUTCHIK and          )
12 LYUDMILA SURGUTCHIK,          )   No. C 07-4407 HRL
                                 )
13              Plaintiffs,      )
                                 )
14      v.                       )   JOINT REQUEST FOR EXEMPTION
                                 )   FROM FORMAL ADR PROCESS
15 MICHAEL CHERTOFF, Secretary;  )   AND ORDER
   EMILIO T. GONZALEZ, Director, USCIS; )
16 GERARD HEINAUER, NSC Director, )
   Department of Homeland Security; )
17 ROBERT S. MUELLER, Director,  )
   Federal Bureau of Investigations, )
18                               )
                Defendants.      )
19 _____)

20    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

21 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

22 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options

23 provided by the court and private entities, and considered whether this case might benefit from any of

24 them.

25    Here, the parties agree that referral to a formal ADR process will not be beneficial because this

26 mandamus action is limited to Plaintiffs' request that this Court compel Defendants to adjudicate an

27 application for an immigration benefit. Given the substance of the action and the lack of any potential

28 middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

1  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR
2  Multi-Option Program and that they be excused from participating in the ADR phone conference and
3  any further formal ADR process.

4  Dated: November 13, 2007						Respectfully submitted,

5								SCOTT N. SCHOOLS
								United States Attorney

7								  /s/
								MELANIE L. PROCTOR[1]
8								Assistant United States Attorney
								Attorneys for Defendants

10 Dated: November 13, 2007						  /s/
11								CHRISTINA H. LEE
								Attorney for Plaintiff

13								**ORDER**

14  Pursuant to stipulation, IT IS SO ORDERED.

16  Date:  11/14/07
17								_____
								HOWARD R. LLOYD
								United States Magistrate Judge

---

28  [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C 07-4407 HRL						2