SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROMAN SURGUTCHIK and <br> LYUDMILA SURGUTCHIK, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary; <br> EMILIO T. GONZALEZ, Director, USCIS; <br> GERARD HEINAUER, NSC Director, <br> Department of Homeland Security; <br> ROBERT S. MUELLER, Director, <br> Federal Bureau of Investigations, <br><br> Defendants. | No. C 07-4407 HRL <br><br> STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER |

Plaintiffs, by and through their attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about August 27, 2007.

2. Pursuant to this Court's August 27, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on November 27, 2007, and attend a case management conference on December 4, 2007.

3. It now appears that this matter may be entirely resolved within the next 45 days. Accordingly, the parties hereby stipulate, subject to the Court's approval, to extend the date for the Case

STIPULATION
C 07-4407 HRL                    1

1  Management Conference to February 15, 2008, at 1:30 p.m.  The Case Management Statement shall
2  be due February 8, 2008.

3  Dated: November 26, 2007               Respectfully submitted,

4                                          SCOTT N. SCHOOLS
                                           United States Attorney
5

6                                          _____/s/_____
                                           MELANIE L. PROCTOR[1]
7                                          Assistant United States Attorney
                                           Attorneys for Defendants
8

9
   Dated: November 21, 2007                _____/s/_____
10                                         CHRISTINA H. LEE
                                           Attorney for Plaintiff
11

12                                **ORDER**

13     Pursuant to stipulation, IT IS SO ORDERED.

14

15
   Date:                                   _____
16                                         HOWARD R. LLOYD
                                           United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 07-4407 HRL                              2