| | |
|---|---|
| SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney<br>JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney<br>Chief, Civil Division<br>MELANIE L. PROCTOR, CSBN 228971<br>Assistant United States Attorney | *E-filed 11/27/07* |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROMAN SURGUTCHIK and<br>LYUDMILA SURGUTCHIK,<br><br>           Plaintiffs,<br><br>     v.<br><br>MICHAEL CHERTOFF, Secretary;<br>EMILIO T. GONZALEZ, Director, USCIS;<br>GERARD HEINAUER, NSC Director,<br>Department of Homeland Security;<br>ROBERT S. MUELLER, Director,<br>Federal Bureau of Investigations,<br><br>           Defendants. | No. C 07-4407 HRL<br><br>STIPULATION TO EXTEND DATE OF<br>CASE MANAGEMENT CONFERENCE;<br>AND AMENDED ORDER |

Plaintiffs, by and through their attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about August 27, 2007.

2. Pursuant to this Court's August 27, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on November 27, 2007, and attend a case management conference on December 4, 2007.

3. It now appears that this matter may be entirely resolved within the next 45 days. Accordingly, the parties hereby stipulate, subject to the Court's approval, to extend the date for the Case

STIPULATION
C 07-4407 HRL                                    1

1 | Management Conference to **February 12, 2008** at 1:30 p.m.  The Case Management Statement shall
2 | be due **February 5, 2008.**

3 | Dated: November 26, 2007            Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: November 21, 2007            /s/
CHRISTINA H. LEE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED, **AS AMENDED.**

Date: 11/27/07

HOWARD R. LLOYD
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 07-4407 HRL                               2