SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROMAN SURGUTCHIK and<br>LYUDMILA SURGUTCHIK,<br><br>       Plaintiffs,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary;<br>EMILIO T. GONZALEZ, Director, USCIS;<br>GERARD HEINAUER, NSC Director,<br>Department of Homeland Security;<br>ROBERT S. MUELLER, Director,<br>Federal Bureau of Investigations,<br><br>       Defendants. | No. C 07-4407 HRL<br><br>STIPULATION TO DISMISS;<br>[PROPOSED] ORDER |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has approved Plaintiffs' applications for adjustment of status.

///

///

///

///

STIPULATION
C 07-4407 HRL                             1

1   Each of the parties shall bear their own costs and fees.

2   Dated: November 28, 2007                    Respectfully submitted,

3                                               SCOTT N. SCHOOLS
                                                United States Attorney
4

5                                               _____/s/_____
                                                MELANIE L. PROCTOR[1]
6                                               Assistant United States Attorney
                                                Attorneys for Defendants
7

8   Dated: November 28, 2007                    _____/s/_____
9                                               CHRISTINA H. LEE
                                                Attorney for Plaintiff
10

11                          **ORDER**

12   Pursuant to stipulation, IT IS SO ORDERED.

13   Date:                                      _____
                                                HOWARD R. LLOYD
14                                              United States Magistrate Judge

---

28   [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 07-4407 HRL                                   2