1  SCOTT N. SCHOOLS, SC SBN 9990                     *E-filed 11/30/07*
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927

7  Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12
   ROMAN SURGUTCHIK and                    )
13 LYUDMILA SURGUTCHIK,                    )   No. C 07-4407 HRL
                                           )
14              Plaintiffs,                )
                                           )
15         v.                              )
                                           )   STIPULATION TO DISMISS;
16 MICHAEL CHERTOFF, Secretary;            )   ORDER
   EMILIO T. GONZALEZ, Director, USCIS;    )
17 GERARD HEINAUER, NSC Director,          )
   Department of Homeland Security;        )
18 ROBERT S. MUELLER, Director,            )
   Federal Bureau of Investigations,       )
19                                         )
                Defendants.                )
20 _____ )

21      Plaintiffs, by and through their attorney of record, and Defendants, by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

23 entitled action without prejudice in light of the fact that the United States Citizenship and Immigration

24 Services has approved Plaintiffs' applications for adjustment of status.

25 ///

26 ///

27 ///

28 ///

STIPULATION
C 07-4407 HRL                              1

1  Each of the parties shall bear their own costs and fees.

2  Dated: November 28, 2007                    Respectfully submitted,

3                                              SCOTT N. SCHOOLS
                                               United States Attorney

5                                              _____/s/_____
                                               MELANIE L. PROCTOR[1]
6                                              Assistant United States Attorney
                                               Attorneys for Defendants

8  Dated: November 28, 2007                    _____/s/_____
9                                              CHRISTINA H. LEE
                                               Attorney for Plaintiff

11                          **ORDER**

12     Pursuant to stipulation, IT IS SO ORDERED.

13  Date:    11/30/07
                                               _____
14                                             HOWARD R. LLOYD
                                               United States Magistrate Judge

---

28    [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
C 07-4407 HRL                                   2